**EXHIBIT A 85-113**

| # | Case Name | Case No. |
|---|---|---|
| 85 | Northern Kentucky Water District v. 3M Company, et al. | 2:23-cv-02333-RMG |
| 86 | City of Cincinnati, Ohio v. 3M Company, et al. | 2:23-cv-02334-RMG |
| 87 | Box Springs Mutual Water Company v. 3M Company et al. | 2:23-cv-02340-RMG |
| 88 | Louisville Water Company v. 3M Company, et al. | 2:23-cv-02367-RMG |
| 89 | City of Lomita v. 3M Company et al. | 2:23-cv-02393-RMG |
| 90 | Merchantville-Pennsauken Water Commission v. 3M Company, et al. | 2:23-cv-02394-RMG |
| 91 | City of Corona California v. 3M Company et al. | 2:23-cv-02485-RMG |
| 92 | City of Edwardsville, Illinois v. 3M Company, et al. | 2:23-cv-02690-RMG |
| 93 | Town of Lincoln Massachusetts v. 3M Company et al. | 2:23-cv-02871-RMG |
| 94 | San Gabriel Valley Water Company v. 3M Company et al. | 2:23-cv-02873-RMG |
| 95 | Town of Halifax Massachusetts v. 3M Company et al. | 2:23-cv-02908-RMG |
| 96 | Arizona Water Company v. 3M Company et al. | 2:23-cv-03027-RMG |
| 97 | Village of Mount Morris Illinois v. 3M Company, The et al. | 2:23-cv-03208-RMG |
| 98 | Town of Randolph Massachusetts v. 3M Company et al. | 2:23-cv-03451-RMG |
| 99 | City of Marquette Heights Illinois v. 3M Company et al. | 2:23-cv-03539-RMG |
| 100 | City of Waukegan Illinois v. 3M Company et al. | 2:23-cv-03540-RMG |
| 101 | City of Highland Park, Illinois v. 3M Company et al. | 2:23-cv-03541-RMG |
| 102 | City of Attleboro Massachusetts v. 3M Company et al. | 2:23-cv-03575-RMG |
| 103 | Sanford Water District v. 3M Company et al. | 2:23-cv-03589-RMG |
| 104 | Grafton Water District v. 3M Company et al. | 2:23-cv-03768-RMG |
| 105 | Town of Maynard Massachusetts v. 3M Company et al. | 2:23-cv-03848-RMG |
| 106 | Keokuk Municipal Waterworks v. 3M Company et al. | 2:23-cv-03849-RMG |
| 107 | Kent County Water Authority v. 3M Company et al. | 2:23-cv-03855-RMG |
| 108 | Borough of Fair Lawn, New Jersey v. 3M Company, et al. | 2:23-cv-03917-RMG |
| 109 | City of Deer Park Washington v. 3M Company et al. | 2:23-cv-04169-RMG |
| 110 | City of Columbus, Ohio v. 3M Company, et al. | 2:23-cv-04387-RMG |
| 111 | Pittsburgh Water and Sewer Authority v. 3M Company, et al. | 2:23-cv-04491-RMG |
| 112 | Hardyston Township, New Jersey v. 3M Company, et al. | 2:23-cv-05349-RMG |
| 113 | Hardyston Municipal Utilities Authority v. 3M Company, et al. | 2:23-cv-06406-RMG |